**95–1898.** State v. Hines. *Butler County*, No. CA94–09–182. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**95–1902.** State v. Williamson. *Stark County*, No. CA–9068. On motion to produce/transmit record (transcripts). Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**95–1253.** Akzo Salt, Inc. v. Ohio Bur. of Emp. Serv. *Cuyahoga County*, No. 67221.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**95–1334.** In re Grand Jury. *Washington County*, Nos. 93CA09, 93CA10 and 93CA12. (Appeal of Michael Elkins; second appeal [claimed appeal of right] by Samuel Metz.) Discretionary appeals allowed.

DOUGLAS, RESNICK and COOK, JJ., dissent.

**95–1365.** State v. Hochhausler. *Warren County*, Nos. CA93–12–104 and CA93–12–105.

RESNICK, J., dissents.

**95–1371.** Natanski v. Prudential Property. *Summit County*, No. 17020.

MOYER, C.J., and COOK, J., dissent.

**95–1683.** State v. Busch. *Franklin County*, Nos. 94APC11–1670 and 94APC11–1671. Discretionary appeal allowed on Proposition of Law No. I only; cause consolidated with 95–1893, *supra.*

RESNICK, F.E. SWEENEY and PFEIFER, JJ., would allow all propositions of law.

DOUGLAS, J., dissents.